# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED AUGUST 8, 2025

---

### NO. 03-25-00327-CV

---

**Crystal Lynn Evans, Appellant**

**v.**

**Jason Lind, Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the judgment signed by the trial court on January 23, 2024. Having reviewed the record, the Court holds that Crystal Lynn Evans has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.